UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR-03-6-B-W |
| | ) | |
| DONALD ANDREWS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER VACATING SENTENCING ORDER**

On June 30, 2005, this Court issued a Presentence Order (Docket # 102) concluding that the Defendant's post-sentencing convictions should be considered at his re-sentencing. Following this Order, the Defendant brought *United States v. Ticchiarelli,* 171 F.3d 24 (1st Cir. 1999) to the attention of the Court. This Court concurs with the Defendant that *Ticchiarelli* controls and, therefore, vacates its June 30, 2005 Presentence Order. The Defendant's post-sentencing convictions will not be considered prior sentences under U.S.S.G. § 4A1.2.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 18th day of July, 2005